[No. 28672-2-I.  Division One.  February 22, 1993.]

PATTI JEAN MUELLER, ET AL, *Appellants*, v. HAROLD ZIMMER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-08556-2, Liem E. Tuai, J., entered May

22, 1991. *Reversed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Forrest, JJ.